# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                  **Case Number: 5:07-cr-16-Oc-10GRJ**

**MATTHEW CHARLES SNYDER**

                                                                                 **USM Number: 43386-018**

                                                                                 Rick Carey, FPD
                                                                                 201 SW Second Street, Suite 102
                                                                                 Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers 1 - 19 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful possession of listed chemicals knowing, or having reasonable cause to believe, that the listed chemical will be used to unlawfully manufacture methamphetamine while on supervision in violation of the conditions of supervision | April 2, 2008 |
| 2 | Fraudulent submission of urine sample at Probation Office in violation of the conditions of supervision | January 29, 2008 |
| 3 | Failure to report in violation of Condition 2 of the standard conditions of supervision | January 28, 2008 |
| 4 | Positive urinalysis for amphetamine, methamphetamine, cocaine, hydrocodone hydromorphone and oxycodone in violation of Condition 7 of the standard conditions of supervision | January 29, 2008 |
| 5 | Admitting to illegally using methamphetamine in violation of Condition 7 of the standard conditions of supervision | February 19, 2008 |
| 6 | Positive urinalysis for hydrocodone in violation of Condition 7 of the standard conditions of supervision | March 4, 2008 |
| 7 | Admitting to illegally using hydrocodone in violation of Condition 7 of the standard conditions of supervision | March, 7, 2008 |
| 8 | Frequenting a location where drugs are illegally sold, used, distributed, or administered, in violation of Condition 8 of the standard conditions of supervision | April 2, 2008 |
| 9 | Association with person convicted of a felony and engaged in criminal activities, in violation of Condition 9 of the standard conditions of supervision | April 2, 2008 |

| | | |
|---|---|---|
| 10 | Failure to participate in drug aftercare treatment in violation of the special condition | December 12, 2007 |
| 11 | Failure to participate in drug aftercare treatment in violation of the special condition | January 18, 2008 |
| 12 | Failure to participate in drug aftercare treatment in violation of the special condition | January 28, 2008 |
| 13 | Failure to comply with the home detention program in violation of the special condition | December 3, 2007 |
| 14 | Failure to comply with the home detention program in violation of the special condition | December 10, 2007 |
| 15 | Failure to comply with the home detention program in violation of the special condition | December 27, 2007 |
| 16 | Failure to comply with the home detention program in violation of the special condition | January 11, 2008 |
| 17 | Failure to comply with the home detention program in violation of the special condition | January 28, 2008 |
| 18 | Failure to comply with the home detention program in violation of the special condition | January 23, 2008 |
| 19 | Failure to reside in a residential re-entry center in violation of the special condition by modification | March 11, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: February 18, 2010

*[signature]*

UNITED STATES DISTRICT JUDGE

February 18, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **15 Months, with no additional term of supervised release to follow**.

The Court recommends to the Bureau of Prisons:

That defendant be designated for service of commitment at FCC Coleman, Florida

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal